UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIA LOPEZ-HERRERA,<br><br>Petitioner,<br>v.<br>WILLIAM BARR, et al.,<br><br>Respondents. | Case No. 2:19-cv-02137-RFB-EJY<br><br>ORDER |

Petitioner Maria Lopez-Herrera, through counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No.1). Petitioner has paid the filing fee for this action, and this court has conducted a preliminary review of the petition.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SERVE** copies of the petition (ECF No. 1) and this order upon respondents as follows:

1. By having the United States Marshal, on or before the close of business on the date that this order is entered, serve a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.

2. By sending a copy of the petition (ECF No. 1-1) and this order by registered or certified mail to the following: (1) the Honorable William Barr, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530; (2) the Honorable Chad Wolf, Acting Secretary of the U.S. Department of

1

Homeland Security, Washington, DC 20528; (3) the Office of the Attorney General of the State of Nevada, Criminal Division, 100 North Carson St., Carson City, NV 89701; (4) Matt Murphy, Acting Deputy Field Office Director, United States Immigration and Customs Enforcement, 501 Las Vegas Boulevard, South, Las Vegas, NV 89101; and (5) ICE Field Office Director, Detention and Removal, 5650 West Badura Avenue, Suite 100, Las Vegas, NV 89118.

**IT IS FURTHER ORDERED** that respondents **SHALL FILE AND SERVE** an answer or other response to the petition (ECF No. 1) within **20 days** of the date that this order is entered, unless for good cause additional time is allowed.

**IT IS FURTHER ORDERED** that all exhibits filed by respondents and petitioner herein **SHALL BE FILED** with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits in the attachment. A hard copy (courtesy copy) of all pleadings and exhibit indices only SHALL BE FORWARDED on the date of filing to the staff attorneys, in care of the Office of the Clerk of Court, United States District Court, 400 South Virginia St., Reno, NV 89501.

DATED: 15 January 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE