UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIA LOPEZ-HERRERA,<br><br>    Petitioner,<br>    v.<br>WILLIAM BARR, et al.,<br><br>    Respondents. | Case No. 2:19-cv-02137-RFB-EJY<br><br>ORDER |

Petitioner Maria Lopez-Herrera, through counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No.1). Petitioner now moves to voluntarily dismiss her action pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure (ECF No. 9). She indicates that she desires an end to her detention and consents to enforcement of the final order of removal. Respondents have filed a notice of non-opposition to the motion (ECF No. 11).

**IT IS THEREFORE ORDERED** that petitioner's motion to voluntarily dismiss this action (ECF No. 9) is **GRANTED**. This petition is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: February 6, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1